**Motion Denied; Appeal Dismissed and Memorandum Opinion filed January 26, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00493-CV

---

### KASE KERN, Appellant

### V.

### STONE MOVES, INC., Appellee

---

### On Appeal from the 215th District Court
### Harris County, Texas
### Trial Court Cause No. 2017-15108A

---

### MEMORANDUM OPINION

This attempted appeal is from an order signed June 11, 2020, severing appellant's claims against Stone Moves, Inc., which appears to make the January 30, 2020 summary judgment final and appealable. However, the severance order is conditioned on a subsequent clerical act. This is a final judgment on condition

subsequent. *See Hinde v. Hinde,* 701 S.W.2d 637, 639 (Tex. 1985). Accordingly, on the record before this court, there is no final, appealable judgment. *See Farmer v. Ben E. Keith Co*., 907 S.W.2d 495, 496 (Tex. 1995).

On December 23, 2020, appellant filed an unopposed motion requesting this court to dismiss the appeal pursuant to Rule 42.1(a)(1). *See* Tex. R. App. P. 42.1. Because we lack jurisdiction over an appeal that is not from a final judgment, unless a statutory exception applies, on January 5, 2021, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before January 15, 2021. *See* Tex. R. App. P. 42.3(a). Appellant's response does not demonstrate this court has jurisdiction over the appeal.

Appellant's motion is denied and we dismiss the appeal for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.